United States District Court
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2022

SEAN F. McAVOY, CLERK

United States of America )
)
vs )
)
Laramie Suzanne Faunce )    Case No. 4:22CR06002-SMJ-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Laramie Suzanne Faunce, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

**Modified Condition:** Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may by used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance testing.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    2/28/22    Erik Carlson    02/28/2022
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date
Laramie Suzanne Faunce            Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____        2-28-2022
Signature of Defense Counsel        Date
Curran Dempsey

[X]    The above modification of conditions of release is ordered, to be effective on  2-28-22 .

[ ]    The above modification of conditions of release is **not** ordered.

_____        2-28-2022
Signature of Judicial Officer        Date