# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 23, 2022**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Faunce, Laramie Suzanne | Docket No. | 0980 4:22CR06002-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Laramie Suzanne Faunce, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 26th day of January 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 2, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Faunce. Ms. Faunce acknowledged an understanding of her release conditions at that time.

**Violation #1:** Laramie Suzanne Faunce is alleged to have violated her conditions of pretrial release supervision by admitting to ingesting fentanyl on or about March 13, 2022.

On March 16, 2022, Ms. Faunce reported to the U.S. Probation Office for a scheduled meeting with the undersigned officer. During that meeting, Ms. Faunce admitted to ingesting fentanyl every couple of days in order to not get sick. She signed a substance abuse admission form acknowledging her last use of fentanyl was on or about March 13, 2022.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: March 23, 2022 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

**Re: Faunce, Laramie Suzanne**
**March 23, 2022**
**Page 2**

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

3/23/2022
_____
Date