✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2022

SEAN F. McAVOY, CLERK

U.S.A. vs.          Faunce, Laramie Suzanne                Docket No.        0980 4:22CR06002-SMJ-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Laramie Suzanne Faunce, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 26th day of January 2022, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Laramie Suzanne Faunce is alleged to be in violation of her pretrial release conditions by using a controlled substance, fentanyl, on or about April 29, 2022; and May 5, 17, and 26, 2022.

On February 2, 2022, a United States Probation Officer reviewed with Ms. Faunce the conditions of pretrial release supervision. On April 29, 2022, the conditions of pretrial release supervision were again reviewed with Ms. Faunce and she signed a copy of her conditions, acknowledging a full understanding. Ms. Faunce was provided a signed copy of her conditions of pretrial release. Ms. Faunce was referred to Merit Resource Services (Merit) for outpatient substance abuse treatment and to participate in the color line program for random drug testing.

On April 29, 2022, Ms. Faunce completed a drug test at the probation office, which tested presumptive positive for fentanyl. Ms. Faunce denied any drug use. This drug test was sent to Abbott Laboratory for confirmation. The drug test report was later received on May 3, 2022, confirming a positive result for fentanyl.

On May 4, 2022, Ms. Faunce reported to Merit for drug testing as required and completed a drug test which was sent to Abbott Laboratory for fentanyl testing. Ms. Faunce denied any drug use. On May 8, 2022, the probation office received the drug test report confirming a positive result for fentanyl.

On May 17, 2022, Ms. Faunce reported to Merit for drug testing as required. She completed a drug test which was sent to Abbott Laboratory for fentanyl testing. Ms. Faunce denied any drug use. On May 20, 2022, the probation office received the drug test report confirming a positive result for fentanyl.

On May 26, 2022, Ms. Faunce reported to the probation office and completed a drug test as instructed by the undersigned officer. This drug test was presumptive positive for fentanyl and was sent to Abbott Laboratory for confirmation. Ms. Faunce again denied any drug use. The drug test report was received on June 2, 2022, confirming a positive result. Ms. Faunce initially denied any drug use. Later, on June 2, 2022, during an office visit, she admitted to having lied previously to the undersigned officer and admitted to using fentanyl on or before May 26, 2022.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

PS-8
Re: Faunce,, Laramie Suzanne
June 3, 2022
Page 2

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: June 3, 2022 |
| by | s/Elizabeth Lee |
|  | Elizabeth Lee<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/6/2022
Date