# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

**Jun 30, 2022**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Faunce, Laramie Suzanne | Docket No. | 0980 4:22CR06002-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Laramie Suzanne Faunce, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 26th day of January 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Standard Condition # 19:** Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all the rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation, treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment.

Prior to commencing any evaluation or treatment program. Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to the Defendant's conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

Following any evaluation or treatment ordered here, Defendant shall complete any recommended aftercare program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On February 2, 2022, a United States Probation Officer reviewed with Ms. Faunce the conditions of pretrial release supervision. On April 29, 2022, the conditions of pretrial release supervision were again reviewed with Ms. Faunce and she signed a copy of her conditions, acknowledging a full understanding. Ms. Faunce was provided a signed copy of her conditions of pretrial release. Ms. Faunce was referred to Merit Resource Services (Merit) for outpatient substance abuse treatment and to participate in the color line program for random drug testing.

**Violation #2:** Laramie Suzanne Faunce is alleged to be in violation of her pretrial release conditions by using a controlled substance, fentanyl, on or about June 2, 17 and 28, 2022.

**Violation #3:** Laramie Suzanne Faunce is alleged to be in violation of her pretrial release conditions by failing to report for drug testing as required on June 16 and 27, 2022.

**Violation #4:** Laramie Suzanne Faunce is alleged to be in violation of her pretrial release conditions by failing to comply with outpatient substance abuse treatment on or about June 28, 2022.

PS-8

Re: Faunce, Laramie Suzanne
June 29, 2022
Page 2

On June 2, 2022, Ms. Faunce reported to the probation office and completed a drug test, which was presumptive positive for fentanyl. Ms. Faunce denied any drug use. This drug test was sent to Abbott Laboratory for confirmation and the drug test report was later received on June 9, 2022, confirming a positive result for fentanyl.

Merit reported Ms. Faunce failed to report for drug testing as required on June 16 and 27, 2022, when her assigned color was called.

On June 29, 2022, Merit staff reported to the undersigned officer Ms. Faunce is in non-compliance with her outpatient substance abuse treatment plan. Ms. Faunce failed to attend a scheduled treatment sessions on June 17 and 21, 2022. Merit staff also reported Ms. Faunce attended an individual treatment session on June 28, 2022. During that treatment session, Ms. Faunce initially reported to her counselor that she last used fentanyl on June 17, 2022. Merit staff then instructed Ms. Faunce to complete a drug test. This drug test was presumptive positive for fentanyl, and only after this drug test was completed, did Ms. Faunce admit to using fentanyl. Ms. Faunce signed a drug use admission form. Merit staff reported Ms. Faunce is not currently amenable to outpatient treatment services.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 29, 2022

by  s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

June 30, 2022
Date