UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 28, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Faunce, Laramie Suzanne | Docket No. | 0980 4:22CR06002-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Laramie Suzanne Faunce, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Yakima, Washington, on the 24th day of August 2022, under the following conditions:

**Standard Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 9, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Faunce. Ms. Faunce acknowledged an understanding of the release conditions at that time.

**Violation #1:** Laramie Suzanne Faunce is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl and norfentanyl on November 3, 2022.

On November 3, 2022, Ms. Faunce reported to the U.S. Probation Office in Richland, Washington, and provided a urine specimen with inconclusive results for the presence of fentanyl. Due to Ms. Faunce's history of fentanyl use, the urine sample was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On November 8, 2022, Alere confirmed the above-noted urine specimen tested positive for the presence of fentanyl and norfentanyl.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: November 23, 2022 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
**Re: Faunce, Laramie Suzanne**
**November 23, 2022**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

November 28, 2022
Date