UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Faunce, Laramie Suzanne | Docket No. | 0980 4:22CR06002-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Laramie Suzanne Faunce, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Yakima, Washington, on the 24th day of August 2022, under the following conditions:

**Standard Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 9, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Faunce.  Ms. Faunce acknowledged an understanding of the release conditions at that time.

**Violation #3:** Laramie Suzanne Faunce is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl on January 24, 2023.

On January 24, 2023, Ms. Faunce reported to the U.S. Probation Office and provided a urine specimen that tested presumptive negative for all illegal controlled substances, including fentanyl. The urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On February 9, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of fentanyl.

It should be noted that the drug test report from Alere also stated there was a "mass spectrometry interference" related to testing the sample for norfentanyl, which is a metabolite of fentanyl. The undersigned officer contacted Alere for clarification.  Alere staff confirmed that the above-noted urine specimen had a valid positive test for fentanyl.  However, the sample possibly had another type of substance (i.e.  an herbal product, over the counter medication) that has a similar fragmentation pattern of the drug tested.  Due to the lab being unable to identify the drug, it was reported as "interference."

On February 16, 2023, the undersigned officer contacted Ms. Faunce to discuss her testing positive for the presence of fentanyl.  Ms. Faunce adamantly denied ingesting fentanyl or knowingly using any substance that may cause "interference" with drug testing.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

PS-8
Re: Faunce, Laramie Suzanne
February 16, 2023
Page 2

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 16, 2023

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

2/16/23

Date