# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Faunce, Laramie Suzanne | Docket No. | 0980 4:22CR06002-MKD-1 |

## Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Laramie Suzanne Faunce, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 24th day of August 2022, under the following conditions:

**Standard Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 9, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Faunce. Ms. Faunce acknowledged an understanding of the release conditions at that time.

**Violation #4:** Laramie Suzanne Faunce is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl and norfentanyl on February 9, 2023.

On February 9, 2023, Ms. Faunce submitted to random urinalysis as a part of her substance abuse treatment program at Spokane Addiction and Recovery Center (SPARC). The urine specimen was sent to Cordant Health Solutions (Cordant) for testing.

On February 20, 2023, Cordant confirmed the above-noted urine specimen tested positive for the presence of fentanyl and norfentanyl.

**Violation #5:** Laramie Suzanne Faunce is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of cocaine and fentanyl on February 27, 2023.

On February 27, 2023, Ms. Faunce reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of cocaine. Ms. Faunce denied using cocaine at that time. There were no fentanyl testing strips available; therefore, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) to be tested for cocaine and fentanyl.

On March 3, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of fentanyl and norfentanyl.

On March 6, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of cocaine.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: March 7, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*[signature]*

Signature of Judicial Officer

3/7/23

Date